IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CLEOPHUS BELCHER,
PLAINTIFF
ADC #91561

VS.                     CASE NO. 2:04CV00198 SWW

JEREMY HOPKINS                                              DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 29th day of April 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE